1  **DOTTS LAW OFFICE**
   **Michael W. Dotts, Esq., F0150**
2  Suite 208, DHL Building,
   Middle Road, Chalan Lau Lau
3  P.O. Box 505979
   Saipan, MP 96950
4  Tel.: (670) 234-1600
   Email: mdotts@dottslaw.law
5
   *Attorney for Defendants RJCL Corporation dba RNV Construction,*
6  *Homesmart Corporation dba Best Deal General Merchandise,*
   *Paragon Construction Dba Coreplus Construction,*
7  *Wandervilla Corporation Dba Villa Royal Pawnshop,*
   *Ruel R. Villacrusis, Michelle Rueda, and Jane Rueda*
8

**IN THE UNITED DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| **PROSPERO A. ARMIA, NEMENCIO Q. DELEON, GIOVAN MALAZARTE, IAN R. ALCOSEBA, RANIE E CELESTIAL, RUDY B. NARAJA, VICTOR P. FRAGINAL, RAYMAR T. PINEDA, JERRY TORTOR, JERRY VALLES, and EDMAR YANGYANG,** | **CIVIL ACTION NO. 23-00013** |
| Plaintiffs, | |
| v. | **JOINT MOTION TO EXTEND TIME UNDER LOCAL RULE 7.1(f) and STIPULATION TO EXTEND TIME** |
| **RJCL CORPORATION dba RNV CONSTRUCTION, HOMESMART CORPORATION dba BEST DEAL GENERAL MERCHANDISE, PARAGON CONSTRUCTION dba COREPLUS CONSTRUCTION, WANDERVILLA CORPORATION DBA VILLA ROYAL PAWNSHOP, RUEL R. VILLACRUSIS, MICHELLE RUEDA, JANE RUEDA, and SHERWIN RESURRECTION,** | |
| Defendants. | |

1

Defendants, (except Sherwin Resurrection[1]), by and through their counsel Michael W. Dotts, and Plaintiffs, by and through their counsels Colin M. Thompson and Aaron Halegua, hereby stipulate and agree to continue the status conference currently scheduled for February 6, 2025 at 9:00 a.m. to such later time as convenient to the Court.

This motion is being made because Defendants' counsel has an oral argument before the Supreme Court set for February 6, 2025 at 10:00 a.m. in *Won Bae Shon v Hee Jong Choo, et al*, Appeal No. 2024-SCC-0004-CIV. Again, the status conference in this matter is set for February 6, 2025, at 9:00 AM. Defendants' counsel is concerned that he might be late to the Supreme Court as a result of the status conference here, and would like to reschedule the status conference in this matter.

The parties have previously emailed to the Court a Proposed Joint Revised Scheduling Order on January 23, 2025. Continuance of the status conference will not affect any other deadlines set in the Proposed Scheduling Order. The parties certify that they have been diligent in working on this matter

SO STIPULATED this 30th day of January, 2025.

DOTTS LAW OFFICE                THOMPSON LAW, LLC

*/s/ Michael W. Dotts*            */s/ Colin M. Thompson*
Michael W. Dotts                  Colin M. Thompson
Attorney for Defendants           Attorney for Plaintiffs


                                  AARON HALEGUA, PLLC


                                  */s/ Aaron Halegua*
                                  Aaron Halegua
                                  Attorney for Plaintiffs

---

[1] Mr. Resurrection is not represented in this matter.