Case 1:23-cv-00013   Document 31   Filed 02/10/25   Page 1 of 2

F I L E D
Clerk
District Court
FEB 10 2025
for the Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| PROSPERO A. ARMIA, NEMENCIO Q. DELEON, GIOVAN MALAZARTE, IAN R. ALCOSEBA, RANIE E. ELESTIAL, RUDY B. NARAJA, VICTOR P. FRAGINAL, RAYMART PINEDA, JERRY TORTOR, JERRY VALLES, and EDMAR YANGYANG, <br><br>Plaintiffs,<br><br>v.<br><br>RJCL CORPORATION dba RNV CONSTRUCTION, HOMESMART CORPORATION dba BEST DEAL GENERAL MERCHANDISE, PARAGON CONSTRUCTION dba COREPLUS CONSTRUCTION, WANDERVILLA CORPORATION dba VILLAROYAL PAWNSHOP, RUEL R. VILLACRUSIS, MICHELLE RUEDA, JANE RUEDA, and SHERWIN RESURRECTION,<br><br>Defendants. | Case No. 1:23-cv-00013<br><br><br>FIRST AMENDED SCHEDULING ORDER |

The Court previously granted the parties' Stipulated Motion to vacate the Scheduling Order. (ECF No. 16.) Subsequently, the Court ordered the parties to submit a proposed, revised scheduling order. (ECF No. 21.) After reviewing the proposed scheduling order with the parties at the Status Conference held on February 7, 2025, the Court now issues the First Amended Scheduling Order with the following remaining dates and deadlines pursuant to Rule 16(b) of the Federal Rules of Civil Procedure:

| | | |
|---|---|---|
| 1. | Motions to Amend Pleadings | April 17, 2025 |
| 2. | Status Conference | June 5, 2025, at 9:00 a.m. |
| 3. | Fact Discovery Cutoff (completion date) | October 17, 2025 |
| 4. | Fact Discovery Motions Filing Deadline | October 30, 2025 |

| 5. | Expert Witness Disclosures | November 7, 2025 |
|---|---|---|
| 6. | Rebuttal Expert Witness Disclosures | January 9, 2026 |
| 7. | Pre- settlement phone conference before Magistrate Judge Heather L. Kennedy | January 8, 2026, at 10:00 a.m. |
| 8. | Settlement Conference before Magistrate Judge Heather L. Kennedy | January 29, 2026, at 9:00 a.m. |
| 9. | Dispositive Motions Filing Deadline | February 12, 2026 |
| 10. | *Daubert-Type* Motions Filing Deadline | February 12, 2026 |
| 11. | *In Limine* Motion Filing Deadline | May 14, 2026 |
| 12. | Joint proposed Pretrial Order Deadline | May 21, 2026 |
| 13. | Hearing on *In Limine Motions* | June 18, 2026, at 9:00 a.m. |
| 14. | Proposed Jury Instructions Filing Deadline | July 9, 2026 |
| 15. | Final Pretrial Conference and Hearing on Jury Instructions | July 23, 2026, at 9:00 a.m. |
| 16. | Jury Trial | August 11, 2026, at 10:00 a.m. |

The parties are reminded that this First Amended Scheduling Order "may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4).

IT IS SO ORDERED this 10th day of February 2025.

_____
RAMONA V. MANGLONA
Chief Judge